# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STEPHANO DEWAYNE GOLIDAY-HOLLON, ) ) )  Plaintiff, ) ) v. ) ) CONSUMER PORTFOLIO SERVICES, ) ) )  Defendant. ) | NO. 3:25-cv-00465 JUDGE CAMPBELL |

## ORDER

Pending before the Court is the Magistrate Judge's January 2026 Report (Doc. No. 79), recommending that Plaintiff's motion for remand (Doc. Nos. 7, 8) be granted and that all other pending motions denied as moot. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

Having reviewed the Report and Recommendation, the Court concludes that it should be adopted and approved. Accordingly, Plaintiff's motion (Doc. Nos. 7, 8) is **GRANTED**, and this matter is **REMANDED** to the Circuit Court for Davidson County, Tennessee. All remaining pending motions are **DENIED** as moot. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE